**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                    Government,   :   15 CR. 288 (RMB)
                                          :
      - against -                       :   **ORDER**
                                          :
RICARDO SCOTT,                            :
                    Defendant.    :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 20, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 675 745 550#

Dated: July 12, 2023
      New York, NY

                                                        **RICHARD M. BERMAN**
                                                             U.S.D.J.