**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                          :
                           Government,           :        15 CR. 288 (RMB)
                                                                          :
          - against -                          :        **ORDER**
                                                                          :
RICARDO SCOTT,                                    :
                           Defendant.               :
-----------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, July 20, 2023 at 10:00 A.M. is hereby rescheduled to Wednesday, July 19, 2023 at 2:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 675 745 550#

Dated: July 13, 2023
        New York, NY

                                                                */s/ Richard M. Berman*
                                                    **RICHARD M. BERMAN**
                                                         **U.S.D.J.**