**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :        15 CR. 288 (RMB)
                                             :
            - against -                      :        **ORDER**
                                             :
RICARDO SCOTT,                               :
                          Defendant.         :
-------------------------------------------------------------x


     The supervised release hearing is scheduled for Thursday, August 24, 2023 at

10:00 A.M.

     In the absence of defense objection, the proceeding will be held by video.

     Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID: 675 745 550#


Dated: August 16, 2023
     New York, NY

                                    *Richard M. Berman*

                         **RICHARD M. BERMAN**
                            **U.S.D.J.**