UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,            :      15 CR. 288 (RMB)
                                           :
        - against -                        :      **ORDER**
                                           :
RICARDO SCOTT,                             :
                    Defendant.             :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 15, 2023 at 11:00 A.M. is hereby rescheduled to Monday, November 6, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 935 881 631#

Dated: September 20, 2023
       New York, NY

                                          _____
                                          **RICHARD M. BERMAN**
                                          U.S.D.J.