UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,    :    15 CR. 288 (RMB)
                                          :
     - against -                         :    **ORDER**
                                          :
RICARDO SCOTT,                            :
                Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, December 19, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 926 449 409#

Dated: December 13, 2023
       New York, NY

                                                           **RICHARD M. BERMAN**
                                                               **U.S.D.J.**