UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                Government,    :    15 CR. 288 (RMB)
                                            :
      - against -                         :    **ORDER**
                                            :
RICARDO SCOTT,                              :
                Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, February 12, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 206 937 931#

Dated: February 7, 2024
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**