UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                              Government,         :         15 CR. 288 (RMB)
                                                  :
              - against -                         :         **ORDER**
                                                  :
RICARDO SCOTT,                                    :
                              Defendant.          :
------------------------------------------------------------x

The supervised release hearing scheduled for Thursday, May 16, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 846 056 809#

Dated: May 8, 2024
      New York, NY

                                                       */s/ Richard M. Berman*
                                                       **RICHARD M. BERMAN**
                                                           **U.S.D.J.**