**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,     :

                     Government,     :     15 CR. 288 (RMB)

       - against -     :     **ORDER**

RICARDO SCOTT,     :

                     Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 18, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 690 136 107#

Dated: July 10, 2024
       New York, NY

                                              **RICHARD M. BERMAN**
                                                            **U.S.D.J.**