UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,   :   15 CR. 288 (RMB)
                                           :
        - against -               :   **ORDER**
                                           :
RICARDO SCOTT,                             :
                                           :
                    Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 2, 2024 at 9:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 143 239 57#

Dated: September 25, 2024
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**