**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
            Government,       :     15 CR. 288 (RMB)
                                           :
  - against -                             :     **ORDER**
                                           :
                                           :
RICARDO SCOTT,                             :
                                           :
            Defendant.        :
------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, November 20, 2024 at 12:30 P.M. will take place in Courtroom 17B.

Dated: November 13, 2024
      New York, NY

                                                    RICHARD M. BERMAN
                                                          U.S.D.J.