**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                Government,    :    15 CR. 288 (RMB)
                                       :
   - against -                         :    **ORDER**
                                       :
                                       :
RICARDO SCOTT,                         :
                                       :
                Defendant.     :
------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, December 10, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: December 4, 2024
       New York, NY

                                                    _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.