UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,     :     15 CR. 288 (RMB)
                                          :
      - against -                       :     **ORDER**
                                          :
RICARDO SCOTT,                           :
                                          :
                Defendant.      :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 27, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 851 499 892#

Dated: February 19, 2025
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**