UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Government,<br><br>   -against-<br><br>RICARDO SCOTT,<br><br>                       Defendant. | 15-CR-288 (RMB)<br><br>**ORDER** |

For the reasons stated on the transcript of today's supervised release hearing, the Court hereby orders that Mr. Ricardo Scott's term of supervised release is terminated early and effective today. *See* Tr. of Proceedings held on February 27, 2025; *see also* Def. Counsel's Letter to the Court, dated Jan. 24, 2025 (ECF No. 1643). Mr. Scott's early termination is based upon his conduct during the period of supervision, and it is in the interest of justice that Mr. Scott be granted early termination. *See* 18 U.S.C. § 3583(e)(1) ("The court may . . . terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.").

Date: February 27, 2025
New York, New York

                                                */s/ RMB*
                                      RICHARD M. BERMAN, U.S.D.J.